

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2019

No. 04-18-00776-CR

The **STATE** of Texas,
Appellant

v.

Javier **MARTINEZ**, Jr.,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 10205CR
Honorable Spencer W. Brown, Judge Presiding

### ORDER

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on January 30, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2019.

_____
Keith E. Hottle, Clerk of Court